UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>**In re Jacques Dimitri Elias**</u>      Case No. 05-cv-321-PB

<u>**O R D E R**</u>

**Re:** <u>**Document No. 10, Motion for Leave to file Interlocutory Appeal**</u>

**Ruling:** The bankruptcy court's September 2, 2005 order explains in detail why a stay is not warranted. Reviewing the matter *de novo*, I reached the same conclusion reached by the bankruptcy court. Neither the debtor's motion to reconsider my ruling nor the current motion provide any new information that warrants a different conclusion. In particular, the debtor's offer to make additional payments does nothing to address the bankruptcy court's correct conclusion that the appeal is unlikely to be successful. Motion denied.

<u>/s/ Paul Barbadoro</u>
Paul Barbadoro
District Judge

Date:  December 20, 2005

cc:    Leonard Deming, II, Esq.
       Neil Gauthier, Esq.